USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :
                                            :
                     -against-              :          19-CR-862 (VEC)
                                            :
HEINNER SOLIS,                              :          ORDER
                                            :
                              Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 1, 2023, the parties moved to seal the sentencing submissions

filed in advance of Mr. Solis's sentencing hearing on August 15, 2023.

IT IS HEREBY ORDERED that the parties' requests to file their sentencing submissions

in their entirety under seal are DENIED.  The Court finds that these documents are judicial

documents as they are directly relevant to the Court's duty to determine the appropriate sentence

for Mr. Solis, and thus, a presumption of access applies.  *See Lugosch v. Pyramid Co. of

Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).  Mr. Solis's confidentiality and privacy interests

can be addressed by redacting any information that has not been made public.


**SO ORDERED.**

**Dated: August 2, 2023**
     **New York, NY**                              _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**