**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/09/2023__



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

August 9, 2023

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       **Re:**    ***United States v. Heinner Solis*, 19 Cr. 862 (VEC)**

Dear Judge Caproni:

       The parties jointly request that sentencing in this matter, which is scheduled for August 15, be adjourned by approximately two weeks, to give the parties additional time to resolve certain outstanding issues.  The Government understands from discussions with Chambers that the Court is available on the afternoon of August 30, which is a date that the parties are available.

Application GRANTED.  The sentencing
hearing in this matter is adjourned to
**Wednesday, August 30, 2023, at 2:30 P.M.**
in Courtroom 443 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New
York, 10007.

SO ORDERED.

*Valerie Caproni* 08/09/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By    ____/s/_____
    AUSA Adam S. Hobson
    AUSA David J. Robles
    AUSA Patrick Moroney

cc:    Peter Guadagnino, Esq. (by ECF)