USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA           :

              -against-                      :                  19-CR-862 (VEC)

   HEINNER SOLIS,                   :                  <u>ORDER</u>

                         Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that not later than **5:00 P.M. on August 29, 2023**, the Government must file a letter explaining the circumstances surrounding the temporary protection orders referenced in paragraph 184 of the Presentence Investigation Report.

     IT IS FURTHER ORDERED that not later than **August 29, 2023**, Mr. Solis must file a redacted version of the sentencing submissions on the public docket pursuant to the Court's Order at Dkt. 1031.

**SO ORDERED.**

**Dated: August 28, 2023**
     **New York, NY**                                                            **VALERIE CAPRONI**
                                                                                  **United States District Judge**